**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

MIKE HAINES, et al.,

Plaintiffs,

Civil No. 00-1468 DWF/AJB

v.

MICRON TECHNOLOGY, INC., et al.,

Defendants.

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by September 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before September 1, 2001.

   b. By Defendant(s) on or before November 1, 2001.

   c. Rebuttal expert reports shall be disclosed on or before December 1, 2001.

3. At this time, no specific limitation shall be imposed upon the number of interrogatories that the parties shall be entitled to serve.

4. At this time, no specific limitation shall be imposed upon the parties in reference to the number of depositions taken, except that each party shall take no more than 5 expert depositions. Expert depositions shall be completed by February 1, 2002.

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before April 15, 2001. [Any motion for leave to amend to allege punitive damages must be served and filed before the discovery deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Class Certification

1. Plaintiff's class-certification motion shall be served on or before October 1, 2000.

2. Defendant's response to the class certification motion shall be served on or before January 1, 2001.

3. Plaintiff's reply shall be served on or before February 1, 2001.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by March 15, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Linquist, 651-848-1296-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on August 1, 2002, or upon resolution of any pending dispositive motions.

Dated: 8/30/00

Arthur J. Boylan
United States Magistrate Judge