ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, vs. MICRON TECHNOLOGY, INC., and MICRON ELECTRONICS, INC., Defendants. | Civ. No. 00-1468 DWF/AJB **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated by and between Plaintiffs and Defendants, through their respective counsel, that the claims against Micron Technology, Inc. be dismissed without prejudice pursuant to Fed. R.Civ. P. 41(a)(1).

Dated: October 20, 2000

HEINS MILLS & OLSON, P.L.C.

By [signature]
Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Herbert E.Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower, #500
Washington, DC 20005
Telephone: (202) 408-4600

Attorneys for Plaintiffs

FILED OCT 30 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 18, 2000

DORSEY & WHITNEY, LLP

By ______________________
William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

Attorneys for Micron Technology, Inc.

Based upon the foregoing Stipulation, IT IS SO ORDERED.

October 30, 2000.

______________________
Donovan W. Frank
United States District Court

ORIGINAL

# TOLLING AGREEMENT

WHEREAS, on or about June 14, 2000, Mike Haines and Scott Van Meerten, on behalf of themselves and all others similarly situated, filed a Class Action Complaint against Micron Technology, Inc. ("MTI") and Micron Electronics, Inc. ("MEI") in the United States District Court for the District of Minnesota, Civ. No. 00-1468 DWF/AJB (the "Lawsuit");

WHEREAS, in the Lawsuit plaintiffs have asserted claims against MTI and MEI for violation of 18 U.S.C. §1030, revocation of acceptance under the Uniform Commercial Code, breach of express and implied warranties, and for injunctive relief under 18 U.S.C. §1030;

WHEREAS, the Lawsuit was filed as a class action on behalf of the named plaintiffs and "[a]ll purchasers and lessees of a computer or computer components designed, manufactured, created, distributed, sold, transmitted or marketed by Micron Technology, Inc. and Micron Electronics, Inc. which contain defective FDCs, which defects cause unreported corruption or loss of data integrity through defective FDC transmissions between memory and external media";

WHEREAS, plaintiffs and their counsel have agreed to dismiss the claims against MTI without prejudice based upon MTI's representation that it does not manufacture and/or sell personal computers or any of the allegedly defective components at issue in the Lawsuit;

WHEREAS, plaintiffs and their counsel wish to effect the dismissal of all claims against MTI without prejudice to their right to seek to reassert any of these claims against MTI during the course of future proceedings in the Lawsuit and without concern for the statutes of limitations applicable to the claims asserted in the Lawsuit on behalf of themselves and all putative class members;

THEREFORE, in consideration of the premises cited herein, the parties, through their respective counsel, agree as follows:

1. The parties stipulate and agree that any and all unexpired statutes of limitations applicable to the claims asserted against MTI in the Lawsuit shall remain tolled for the named plaintiffs and all putative class members from June 14, 2000 through the termination of this Tolling Agreement; provided, however, that this Tolling Agreement shall not be deemed to revive any claim which may have heretofore expired by reason of the application of any Statute of Limitation or other legal principle.

2. This Tolling Agreement only applies to the specific claims asserted against MTI in the Lawsuit. It is specifically understood and agreed that it shall not apply to any other claims that could have been asserted on behalf of the named plaintiffs and/or the putative class members or any claims that are hereafter alleged or asserted against MTI in the Lawsuit or any other forum.

3. This Tolling Agreement shall terminate upon the completion of discovery in the Lawsuit, the final disposition of the Lawsuit, the filing by plaintiffs or their counsel of any motion seeking to add MTI as a party to the Lawsuit, or the assertion by plaintiffs or

their counsel of any claims against MTI in the Lawsuit or any other forum, whichever occurs first. In addition, the Tolling Agreement shall terminate upon the assertion of any claims against MTI in any forum by any putative class member, but only as to the putative class member asserting the claims (unless she is represented by plaintiffs' counsel, in which case the Tolling Agreement shall terminate in its entirety). Finally, unless earlier terminated in accordance with the other provisions of this Paragraph, the Tolling Agreement shall terminate as to all putative class members upon the denial of any motion for class certification, and as to any putative class member excluded from any certified class upon the disposition of the motion for class certification.

Dated: October 20, 2000

HEINS MILLS & OLSON, P.L.C.

By ______________________
Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Herbert E.Milstein
Lisa M. Mezzetti
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600

Attorneys for Plaintiffs

Dated: October 18, 2000

DORSEY & WHITNEY, LLP

By ____________________

William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

Attorneys for Micron Technology, Inc.