# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MIKE HAINES and
SCOTT VAN MEERTEN

Plaintiffs,

vs.

MICRON TECHNOLOGY, INC.,

Defendants.

Civ. No. 00-1468 DWF/AJB

**STIPULATION AND ORDER**

The parties in this action are negotiating an early exchange of technological information, including reciprocal presentations by their respective experts and/or technical personnel, in an effort to afford the parties a meaningful opportunity to assess and discuss the prospect of an early resolution of the case. Any such exchange would be for settlement purposes only.

The parties wish to minimize litigation costs and burdens pending these discussions, and to that end have agreed to extend the current deadline for the submission of class certification pleadings by thirty (30) days (with the expectation that these deadlines will be extended further upon reaching agreement on the details and scheduling of the contemplated technical exchanges). Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

The schedule for class certification set forth in the August 30, 2000 Pretrial Scheduling Order shall be extended thirty (30) days, with an amended briefing schedule as follows:

a. Defendant's response to the class certification motion shall be served on or before February 1, 2001.

b. Plaintiff's reply papers shall be served on or before March 1, 2001.

DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

The parties anticipate that with the extension contemplated by this Stipulation they will be able to finalize the details regarding the contemplated exchange in the near future, whereupon they will submit an additional stipulation and order for the Court's consideration addressing the details of the exchange and providing for a further extension of the class certification motion deadlines.

Dated: December 21, 2000

HEINS MILLS & OLSON, P.L.C.

By ______________________

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Herbert E.Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower, #500
Washington, DC 20005
Telephone: (202) 408-4600

Attorneys for Plaintiffs

Dated: December 21, 2000

DORSEY & WHITNEY, LLP

By ______________________
William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

Attorneys for Micron Technology, Inc.

Based upon the foregoing Stipulation, IT IS SO ORDERED.

______________________
Magistrate Judge Arthur J. Boylan
United States District Court