**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, | Civ. No. 00-1468 DWF/AJB |
| vs. | **STIPULATION AND ORDER** |
| MICRON ELECTRONICS, INC., Defendant. | |

The parties in this action have agreed to an early exchange of technological information, including reciprocal presentations by their respective experts and/or technical personnel, in an effort to afford them a meaningful opportunity to assess and discuss the prospect of an early resolution of the case. This exchange is for settlement purposes only.

The parties wish to minimize litigation costs and burdens pending these discussions, and to that end have agreed to stay the litigation for a period of ninety (90) days. Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. This action shall be stayed until May 1, 2001.

2. Plaintiffs' Motion for Class Certification filed on or about September 29, 2000 is withdrawn with the expectation that it will be modified through an amended Motion for Class Certification filed in accordance with the schedule contemplated by paragraph 3 hereof.

3. The Pretrial Scheduling Order currently in effect shall be amended as follows:

   a. Discovery shall be commenced in time to be completed by December 1, 2001.

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

1. By Plaintiff(s) on or before December 1, 2001.

2. By Defendant(s) on or before February 1, 2002.

3. Rebuttal expert reports shall be disclosed on or before March 1, 2002.

c. Expert depositions shall be completed by May 1, 2002.

d. Non-Dispositive Motions:

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before July 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which related to discovery, shall be served and filed by January 1, 2002.

e. Class Certification:

1. Plaintiffs' amended Motion for Class Certification shall be served on or before May 15, 2001.

2. Defendant's response to the class certification motion shall be served on or before June 15, 2001.

3. Plaintiffs' reply papers in support of their class certification motion shall be served on or before July 13, 2001.

f. All dispositive motions shall be served and filed by the parties by June 15, 2002.

g. The trial ready date remains unchanged. This case will be ready for a Jury trial on August 1, 2002, or upon resolution of any pending dispositive motions.

4. On or before February 28, 2001, Plaintiffs shall disclose to Defendant in writing the identity of the three manufacturers of Floppy Disk Controllers ("FDCs") or any components thereof

that Plaintiffs and/or their experts currently believe to be defective. On or before March 15, 2001, Defendant shall identify (1) the number of motherboards purchased by it in the period from June 14, 1995 to the present containing an FDC or an FDC component manufactured by any of the three entities identified by Plaintiffs, and (2) the number of FDC or FDC chips purchased by it in the period from June 14, 1995 to the present, but not as a component of a motherboard, which were manufactured by any of the three entities identified by Plaintiffs. In addition, Defendant shall disclose to Plaintiffs in writing the model name and model number of any computers manufactured and sold by Defendant in the period from June 14, 1995 to the present which contain FDCs or FDC components manufactured by any of the three entities identified by Plaintiffs. Finally, Defendant shall undertake best efforts to obtain and provide to Plaintiffs the number of each such computer model (which contains an FDC or FDC component manufactured by any of the three entities identified by Plaintiffs) sold by Micron in the United States in the period from June 14, 1995 to the present. The parties agree that nothing herein shall be construed as a waiver of any right to seek more extensive or additional information as part of discovery in this action.

5. On February 28, 2001 in Minneapolis, Minnesota, Plaintiffs' expert(s) will describe and demonstrate the alleged defect that is the subject of Plaintiffs' complaint and Defendant will be allowed to question Plaintiffs' expert(s). Following a reasonable period for Defendant to prepare, Defendant's expert(s) shall make a comparable presentation in which Defendant will either agree with Plaintiffs' presentation or specify in what respect(s) they disagree and why. Plaintiffs will be allowed an opportunity to question Defendant's expert(s). Each party shall exchange curriculum vitae for all of its experts, engineers, or consultants who will play a role in the exchange contemplated by this paragraph, five (5) days prior to that party's presentation.

6. The technological exchange contemplated by paragraph 5 is for settlement purposes only, and anything that is disclosed, either verbally or in writing, during such exchange sessions will not be admissible for any purpose, including proving bias or prejudice on the part of any witness or for any other person in these proceedings.

7. Neither party will be provided access to any proprietary testing materials belonging to the other parties' experts as part of the technological exchange contemplated by paragraph 5. Any written materials distributed or shared during these presentations shall be returned to the presenting party upon the settlement of the case or the determination that the case will not be resolved at this early stage. No copies of any such materials shall be made.

Dated: April 12, 2001

HEINS MILLS & OLSON, P.L.C.

By ______________________

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Herbert E.Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower, #500
Washington, DC 20005
Telephone: (202) 408-4600

Attorneys for Plaintiffs

Dated: April 2, 2001

DORSEY & WHITNEY, LLP

By ______________________
William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

Attorneys for Defendant

Based upon the foregoing Stipulation, IT IS SO ORDERED.

______________________
Magistrate Judge Arthur J. Boylan
United States District Court