**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, v. MICRON ELECTRONICS, INC., Defendant. | ) | Civ. No. 00-1468 DWF/AJB **STIPULATION AND ORDER** |

The parties in this action have agreed to an early exchange of technological information, including reciprocal presentations by their respective experts and/or technical personnel, in an effort to afford them a meaningful opportunity to assess and discuss the prospect of an early resolution of the case. This exchange is for settlement purposes only.

The first of these presentations occurred on February 28, 2001. On April 12, 2001, this Court entered an order staying this action until May 1, 2001 and extending the pretrial dates. Because the parties are still in the process of exchanging technical information and in order to minimize litigation costs and burdens pending these exchanges/discussions, the parties have agreed to stay the litigation for an additional period of one-hundred twenty (120) days. Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. This action shall be stayed until September 1, 2001.

2. The Pretrial Scheduling Order currently in effect shall be amended as follows:

   a. Discovery shall be commenced in time to be completed by April 1, 2002.

   b. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

      1. By Plaintiff(s) on or before April 1, 2002.

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. By Defendant(s) on or before June 1, 2002.

3. Rebuttal expert reports shall be disclosed on or before July 1, 2002.

c. Expert depositions shall be completed by September 1, 2002.

d. Non-Dispositive Motions:

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before November 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which related to discovery, shall be served and filed by May 1, 2002.

e. Class Certification:

1. Plaintiffs' amended Motion for Class Certification shall be served on or before September 15, 2001.

2. Defendant's response to the class certification motion shall be served on or before October 15, 2001.

3. Plaintiffs' reply papers in support of their class certification motion shall be served on or before November 15, 2001.

f. All dispositive motions shall be served and filed by the parties by October 15, 2002.

g. This case will be ready for a Jury trial on December 1, 2002, or upon resolution of any pending dispositive motions.

3. The only exception to this general stay is that defendant shall be allowed to add parties by way of a third-party complaint.

Dated: June 18, 2001

HEINS MILLS & OLSON, P.L.C.

By ______________________
Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Herbert E. Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower #500
Washington, D.C. 20005
Telephone: (202) 408-4600

**Attorneys for Plaintiffs**

Dated: June 20, 2001

DORSEY & WHITNEY, LLP

By ______________________
William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

**Attorneys for Defendant**

30969

Based upon the foregoing Stipulation, IT IS SO ORDERED.

6/21/01

Magistrate Judge Arthur J. Boylan
United States District Court