**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, | Civ. No. 00-1468 DWF/AJB |
| v. | **STIPULATION AND ORDER** |
| MICRON ELECTRONICS, INC., Defendant. | |

The parties in this action are still in the process of discussing settlement possibilities. In addition, Plaintiffs and Defendant are discussing the possibility of a stipulation to the voluntary dismissal of certain claims. While the parties are focused on these issues, the parties agree that it would be beneficial to extend the briefing deadlines for class certification by forty-five (45) days. Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The Pretrial Scheduling Order, as last amended by this Court's June 21, 2001 Order, shall be amended as follows:

   a. Class Certification:

      1. Plaintiffs' amended Motion for Class Certification shall be served on or before October 30, 2001.

      2. Defendant's response to the class certification motion shall be served on or before November 30, 2001.

      3. Plaintiffs' reply papers in support of their class certification motion shall be served on or before December 21, 2001.

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: September 14, 2001

HEINS MILLS & OLSON, P.L.C.

By [signature]

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Herbert E. Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower #500
Washington, D.C. 20005
Telephone: (202) 408-4600

**Attorneys for Plaintiffs**

Dated: September 14, 2001

DORSEY & WHITNEY, LLP

By [signature]

William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7859

**Attorneys for Defendant**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: 9/17/01

[signature]

Magistrate Judge Arthur J. Boylan
United States District Court

32408

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500