**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MIKE HAINES and SCOTT VAN MEERTEN,

Plaintiffs,

v.

MICRON ELECTRONICS, INC.,

Defendant.

Civ. No. 00-1468 DWF/AJB

**STIPULATION AND ORDER**

The parties in this action are still in the process of negotiating a settlement in this matter. While the parties are focused on this issue, the parties agree that it would be beneficial to extend the briefing deadlines for class certification by forty-five (45) days. Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The Pretrial Scheduling Order, as last amended by this Court's October 29, 2001 Order, shall be amended as follows:

a. Class Certification:

1. Plaintiffs' amended Motion for Class Certification shall be served on or before February 15, 2002.

2. Defendant's response to the class certification motion shall be served on or before March 15, 2002.

3. Plaintiffs' reply papers in support of their class certification motion shall be served on or before April 15, 2002.

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: December 19, 2001

HEINS MILLS & OLSON, P.L.C.

By [signature]

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
Herbert E. Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower #500
Washington, D.C. 20005
Telephone: (202) 408-4600

**Attorneys for Plaintiffs**

Dated: December 19, 2001

DORSEY & WHITNEY, LLP

By [signature]

William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7859

**Attorneys for Defendant**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: 12/20/01

[signature]
Magistrate Judge Arthur J. Boylan
United States District Court

34080.1