UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MIKE HAINES and
SCOTT VAN MEERTEN,

Civil No. 00-1468 DWF/AJB

Plaintiffs,

v.

ORDER

MICRON ELECTRONICS, INC.,

Defendant.

---

WHEREAS, I had previously signed an order extending the deadline for submission of Plaintiffs' opening class certification motion to February 15, 2002, and

WHEREAS, the Court has been advised that the parties have continued ongoing settlement negotiations, and

WHEREAS, plaintiffs' have requested that they not be required to submit their opening brief for class certification, in light of said settlement negotiations,

NOW THEREFORE, IT IS HEREBY ORDERED THAT the plaintiffs' request is **granted.** Plaintiffs' opening class certification motion shall be served on or before April 1, 2002.

Dated: 2/19/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed FEB 20 2002
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials