**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, | ) | Civ. No. 00-1468 DWF/AJB |
| v. | ) | **STIPULATION AND ORDER** |
| MICRON ELECTRONICS, INC., Defendant. | ) | |

After lengthy settlement negotiations, the parties have reached an agreement to settle the individual claims of the named Plaintiffs in this matter. On March 22, 2002, Defendant provided Plaintiffs with revisions to Plaintiffs' proposed Stipulation and Order for Voluntary Dismissal of Named Plaintiffs' Individual Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a) and a proposed Settlement Agreement and General Release. Plaintiffs and their counsel are in the process of reviewing Defendant's proposed revisions and Settlement Agreement and anticipate that follow-up discussions with counsel will be required.

In light of this review process and the need to obtain necessary signatures, the parties agree that it would be beneficial to extend the briefing deadlines for class certification by thirty (30) days. The parties fully expect to file the necessary papers with the Court within that time.

Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The Pretrial Scheduling Order, as last amended by this Court's February 19, 2002 Order, shall be amended as follows:

    a. Class Certification:

        1. Plaintiffs' amended Motion for Class Certification shall be served on or before May 1, 2002.

FILED MAR 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendant's response to the class certification motion shall be served on or before June 3, 2002.

3. Plaintiffs' reply papers in support of their class certification motion shall be served on or before July 3, 2002.

Dated: March 27, 2002

HEINS MILLS & OLSON, P.L.C.

By ______________________

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
Herbert E. Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower #500
Washington, D.C. 20005
Telephone: (202) 408-4600

**Attorneys for Plaintiffs**

Dated: March 27, 2002

DORSEY & WHITNEY, LLP

By ______________________

William R. Stoeri (#140880)
James D. Kremer (#211461)
Pillsbury Center South
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7859

**Attorneys for Defendant**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: 3/28/02

Magistrate Judge Arthur J. Boylan
United States District Court