**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIKE HAINES and SCOTT VAN MEERTEN, Plaintiffs, v. MICRON ELECTRONICS, INC., Defendant. | Civ. No. 00-1468 DWF/AJB<br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF NAMED PLAINTIFFS' INDIVIDUAL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

It is hereby stipulated, by and between Plaintiffs Mike Haines ("Haines") and Scott Van Meerten ("Van Meerten") and Defendant Micron Electronics, Inc. d/b/a Interland, Inc., Micron Technology, Inc., and Micron PC, LLC (collectively referred to hereafter as "Micron"), through their respective counsel, that the above-captioned action, and all claims that were or could have been asserted in this action, have been resolved by settlement. Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal with prejudice of all claims that were or could have been asserted in this action by named plaintiffs individually against Micron. Furthermore, all parties agree to bear their own costs and attorneys' fees incurred in connection with this action. Therefore, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The above-captioned action, and all individual claims that were or could have been asserted by named plaintiffs Mike Haines and Scott Van Meerten in said action against Micron, are dismissed with prejudice.

2. Each party shall bear his or its own costs and attorneys' fees incurred in connection with this litigation.

3. Plaintiffs Haines and Van Meerten are settling their individual claims against Micron, and the settlement is not being entered into for or on behalf of the putative class

JUL 10 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

identified in the complaint herein. No class has been certified in this case. No benefit has been or is being provided to the putative class members under the settlement of the claims of the individual named plaintiffs or in connection with this action. Nothing herein or in this action shall be construed as releasing or limiting Micron's defenses against any claims heretofore or hereafter asserted by any putative class members. In addition, except as otherwise may be affected by the filing of this litigation and applicable law, no proceeding in this litigation shall be construed to constitute the tolling of any statutes of limitations applicable to the claims of any putative class members or the revival of any claims that may have expired. However, neither this stipulation nor any proceeding in this action shall be construed as any agreement or admission by named plaintiffs that any claim of any putative class member has been extinguished by any statute of limitations. No party or counsel for any party shall be entitled to seek the recovery of any attorneys' fees, costs or other remuneration for, upon, or by reason of this action. The parties and their counsel stipulate and agree that this action has not resulted in any benefit for the putative class for which Haines, Van Meerten, or their counsel (Heins Mills & Olson P. L.C. and Cohen Milstein Hausfeld & Toll, P.L.L.C.) may seek compensation, and that this action shall not be construed as conferring any benefit on the putative class for which Haines, Van Meerten, or their counsel might seek compensation now or in the future.

4. No notice of this dismissal pursuant to Federal Rule of Civil Procedure 23(e) is required because the putative class was never informed of the pendency of this action and class certification was never submitted for the Court's consideration.

Dated: 7-8, 2002

HEINS MILLS & OLSON, P.L.C.

By ______________________

Samuel D. Heins (#43576)
Stacey L. Mills (#226373)
Bryan L. Crawford (#166819)
Daniel C. Hedlund (#258337)
700 Northstar East, 608 Second Ave. So.
Minneapolis, MN 55402
Telephone: (612) 338-4605

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Herbert E. Milstein
Lisa M. Mezzetti
1100 New York Ave. NW, W. Tower #500
Washington, D.C. 20005
Telephone: (202) 408-4600

**Attorneys for Plaintiffs**

Dated: 7-9, 2002

DORSEY & WHITNEY, LLP

By ______________________

William R. Stoeri (#140880)
James D. Kremer (#211461)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

**Attorneys for Defendant**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: 7-9-10, 2002

The Honorable Donovan W. Frank
United States District Court